



MT DT
Exh A-1
NMLS

# Gateway Mortgage Group, LLC

| NMLS ID: | 7233 | Street Address: | 6910 E 14th St, Tulsa, OK 74112 | Phone: | 918-712-9000 | Website: | http://www.gatewayloan.com |
|---|---|---|---|---|---|---|---|
| | | Mailing Address: | 6910 E 14th St, Tulsa, OK 74112 | Toll-Free Number: | Not provided | Email: | jeremiah.regnier@gatewayloan.com |
| | | | | Fax: | 918-858-7534 | | |

| Other Trade Names: | Gateway Mortgage Group, LLC of Oklahoma |
|---|---|
| Prior Other Trade Names: | American Mortgage Co. Inc.; An Oklahoma Limited Liability Company; Arcadian Home Loans; Gateway Mortgage Group, LLC |
| Prior Legal Names: | None |
| Sponsored MLOs: | 131 |

| Fiscal Year End: | 12/31 | Formed in: | Oklahoma, United States | Date Formed: | 02/14/2000 | Stock Symbol: | None | Business Structure: | Limited Liability Company |
|---|---|---|---|---|---|---|---|---|---|

| State Regulatory Actions: | None posted in NMLS. |
|---|---|

## Branch Locations (47 Active, 35 Inactive)

## State Licenses/Registrations (Displaying 23 Active of 31 Total)

| Regulator | Lic/Reg Name | Authorized to Conduct Business | Consumer Complaint |
|---|---|---|---|
| Alabama | Consumer Credit License | Yes | Submit to Regulator |
| Arkansas | Combination Mortgage Banker-Broker-Servicer License | Yes | Submit to Regulator |
| California - DBO | Residential Mortgage Lending Act License | Yes | Submit to Regulator |
| Colorado | Mortgage Company Registration | Yes | Submit to Regulator |
| Florida | Mortgage Lender Servicer License | Yes | Submit to Regulator |
| Illinois | Residential Mortgage License | Yes | Submit to Regulator |
| Indiana-DFI | First Lien Mortgage Lending License | Yes | Submit to Regulator |
| Iowa | Mortgage Banker License | Yes | Submit to Regulator |
| Kansas | Mortgage Company License | Yes | Submit to Regulator |
| Louisiana | Residential Mortgage Lending License | Yes | Submit to Regulator |
| Maryland | Mortgage Lender License | Yes | Submit to Regulator |
| Michigan | 1st Mortgage Broker/Lender/Servicer Registrant | Yes | Submit to Regulator |
| Mississippi | Mortgage Lender License | Yes | Submit to Regulator |
| Nebraska | Mortgage Banker License | Yes | Submit to Regulator |
| New Mexico | Mortgage Loan Company License | Yes | Submit to Regulator |
| Oklahoma | Mortgage Broker License | Yes | Submit to Regulator |
| South Carolina-BFI | Mortgage Lender / Servicer License | Yes | Submit to Regulator |

  Lic/Reg #: MLS - 7233    Original Issue Date: 11/04/2010
  Status: Approved    Status Date: 01/11/2013    Renewed Through: 2013
  Other Trade Names used in South Carolina-BFI: None
  View Resident/Registered Agent(s) for Service of Process ▸

| Tennessee | Mortgage License | Yes | Submit to Regulator |
| Texas - SML | Mortgage Banker Registration | Yes | Submit to Regulator |
| Virginia | Broker License | Yes | Submit to Regulator |
| Virginia | Lender License | Yes | Submit to Regulator |
| West Virginia | Mortgage Lender License | Yes | Submit to Regulator |

| State | License | | Status | Action |
|---|---|---|---|---|
| West Virginia | Mortgage Lender License | | Yes | Submit to Regulator |
| **Wyoming** | Mortgage Lender/Broker License | | Yes | **Submit to Regulator** |

| | |
|---|---|
| State Regulatory Actions | While some state agencies may add actions taken in previous years against a licensee, the majority are adding only new actions from 2012 or later. To view complete information regarding regulatory actions posted by the state, click any regulator link. |

No regulatory actions have been posted in NMLS.

Information made available through NMLS Consumer Access℠ is derived from NMLS (Nationwide Mortgage Licensing System & Registry or Nationwide Multistate Licensing System), the financial services industry's online registration and licensing database. NMLS was created by the **Conference of State Bank Supervisors (CSBS)** and the **American Association of Residential Mortgage Regulators (AARMR)** and is owned and operated by the **State Regulatory Registry LLC (SRR)**, a wholly owned subsidiary of CSBS. For more information about the System, please visit the **NMLS Resource Center** or the **NMLS Federal Registry Resource Center** websites. | **Download PDF Reader**