About NMLS | Contact Us | Got Feedback? | Regulator Resources

Log into NMLS

Home    News & Events    State Licensing    Professional Standards    Course Providers

*MT DT Exh A-2 SCDCA*

**State Licensing Requirements**

**Common Requirements**
- Annual Renewal
- Policy
- Financial Statements
- Professional Standards
- Mortgage Call Report
- Uniform Authorized Agent/Delegate Reporting
- Advance Change Notice

**Resources & Support**
- Quick Guides - Company
- Quick Guides - Individual
- Navigation Guides
- Report Samples
- NMLS Expanded Industries

NMLS Resource Center > State Licensing

# State Licensing Requirements

## South Carolina DCA

Electronic filings through NMLS may be delayed if all required items on the appropriate checklist below are not submitted to the regulator.

Check state agency website for further information: South Carolina Department of Consumer Affairs

| Company Licenses | Description | Requirements Checklist |
|---|---|---|
| **Mortgage Broker License** | This License is required of any company, who for compensation or gain, or in the expectation of compensation or gain, directly or indirectly solicits, processes, places, or negotiates a mortgage loan on a South Carolina dwelling for a borrower from a mortgage lender or depository institution, or tablefunds or acts as loan correspondent or brings borrowers and lenders together to obtain a mortgage loan. (More Details) | - New Application<br>- Amendment<br>- Surrender |
| Branch Licenses | Description | Requirements Checklist |
| **Mortgage Broker Branch License** | This license is required for each location of a Mortgage Broker, other than the main/principal/corporate office, that is separate and distinct from the principal place of business, whether in South Carolina or not, and where origination of mortgage loans on South Carolina dwellings is conducted. (More Details) | - New Application<br>- Amendment<br>- Surrender |
| Individual Licenses | Description | Requirements Checklist |
| **Mortgage Broker Loan Originator License** | This license is required for an employee of a mortgage broker, who for compensation or gain, or in the expectation of compensation or gain, directly or indirectly solicits, processes, places, or negotiates a mortgage loan on a South Carolina dwelling for a borrower from a mortgage lender or depository institution, or tablefunds or acts as loan correspondent or brings borrowers and lenders together to obtain a mortgage loan. (More Details) | - New Application<br>- Amendment |
| **Mortgage Broker** | This license is required for a natural person that is not an employee of a mortgage broker but works | - New Application |

| | | |
|---|---|---|
| **Qualified Loan Originator License** | exclusively for a single mortgage broker licensee, who for compensation or gain, or in the expectation of compensation or gain, directly or indirectly solicits, processes, places, or negotiates a mortgage loan on a South Carolina dwelling for a borrower from a mortgage lender or depository institution, or tablefunds or acts as loan correspondent or brings borrowers and lenders together to obtain a mortgage loan. (More Details) | - Amendment<br>- Surrender |

©2013 SRR LLC    Terms of Use | Privacy Policy | SRR Home